

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00988-CR

Francisco L. **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4228
Honorable Joey Contreras, Judge Presiding

**ORDER**

In accordance with the opinion issued this date, this appeal is DISMISSED. Appellant's motion filed February 19, 2019 is DENIED AS MOOT.

It is so **ORDERED** on March 27, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court